# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Case No.  CV 05-7109-DDP (OP)                              Date:  August 18, 2008

Title:  Lester Phillip Blake v. Yates, Warden

---

PRESENT: THE HONORABLE    OSWALD PARADA              ☐  U.S. DISTRICT JUDGE

                                                     ☒  MAGISTRATE JUDGE

| Maynor Galvez | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**           **ATTORNEYS PRESENT FOR DEFENDANTS:**
          NONE                                                NONE

**PROCEEDINGS:**   (IN CHAMBERS: MOTION FOR APPOINTMENT OF COUNSEL)

On October 27, 2005, petitioner filed a First Amended Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.  On August 14, 2008, the Court received petitioner's request for appointment of counsel.

Based on the Court's evaluation of the likelihood of success on the merits as well as the ability of the petitioner to articulate his claims pro se in light of the complexity of the legal issues involved, the Court denies petitioner's motion without prejudice.  See Weygandt v. Look, 718 F.2d 952, 954 (9th Cir. 1983).  However, if an evidentiary hearing is held, the Court intends to appoint counsel to represent petitioner.  See Knaubert v. Goldsmith, 791 F.2d 722, 728-29 (9th Cir. 1986); Rule 8(c) of the Rules Governing Section 2254 Cases in the United States District Courts.

**IT IS SO ORDERED.**

cc:  All Parties of Record

                                          Initials of Deputy Clerk   MG

---

CV-90 (10/98)
CIVIL   MINUTES   -   GENERAL