-O-

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LESTER PHILLIP BLAKE, JR.,          )     Case No. CV 05-7109-DDP (OP)
                                    )
                                    )     ORDER ADOPTING FINDINGS,
                Petitioner,         )     CONCLUSIONS, AND
                                    )     RECOMMENDATIONS OF
        v.                          )     UNITED STATES MAGISTRATE
                                    )     JUDGE
YATES, Warden,                      )
                                    )
                                    )
                Respondent.         )
_____     )

        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended
Petition, all the records and files herein, and the Report and Recommendation of the
United States Magistrate Judge, and the objections filed by Petitioner, de novo. The
Court concurs with and adopts the findings, conclusions, and recommendations of the
Magistrate Judge,

/ / /

/ / /

/ / /

1        IT IS ORDERED  that Judgment be entered:  (1) approving and adopting this

2    Report and Recommendation; and (2) directing that Judgment be entered denying the

3    Second Amended Petition and dismissing this action with prejudice.

4

5    DATED:  __8/12/11__    _____

6                        HONORABLE DEAN D. PREGERSON
                         United States District Judge

7

8

9    Prepared by:

10

11   _____

12   HONORABLE OSWALD PARADA
     United States Magistrate Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28