-O- JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESTER PHILLIP BLAKE, JR., ) | Case No. CV 05-7109-DDP (OP) |
| ) | |
| ) | J U D G M E N T |
| Petitioner, ) | |
| ) | |
| v. ) | |
| ) | |
| YATES, Warden, ) | |
| ) | |
| Respondent. ) | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Second Amended Petition is denied and this action is dismissed with prejudice.

DATED: 8/12/11

HONORABLE DEAN D. PREGERSON
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge